IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| WARREN S. WHITLOCK, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CHRISTINE WORMUTH, Secretary of the ) <br> Army, ) <br> ) <br> Defendant. ) | Case No. 1:21-cv-0008 (AJT/JFA) |

### DEFENDANT'S MOTION FOR A PROTECTIVE ORDER

Pursuant to Federal Rules of Civil Procedure 26(c)(1)(A) and 37(c)(1), Defendant, Christine Wormuth, Secretary of the Army,[1] through undersigned counsel, hereby respectfully file this Motion for a Protective Order. The grounds for this motion are explained in the memorandum of law that has been simultaneously filed with this motion.

///

///

///

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Christine Wormuth is automatically substituted for John E. Whitley, the former Acting Secretary of the Army.

Dated: June 4, 2021                                      Respectfully submitted,

RAJ PAREKH
ACTING UNITED STATES ATTORNEY

*By*:_____/s/_____
KIMERE J. KIMBALL
MATTHEW J. MEZGER
Assistant United States Attorneys
Office of the United States Attorney
Justin W. Williams U.S. Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel:    (703) 299-3763/3741
Fax:    (703) 299-3983
Email: kimere.kimball@usdoj.gov
            matthew.mezger@usdoj.gov
*Counsel for Defendant*